# Exhibit "B"

Indictment

FILED
U.S. DIST. COURT
SAVANNAH DIV

SEP 10  2 08 PM '97

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. CR 497-181 |
| v. ) | |
| ) | 21 U.S.C. § 846 |
| KEITH J. COLEMAN ) | Conspiracy |
| FREDERICK GORHAM ) | |
| KEITH LONDON ) | 21 U.S.C. § 846 |
| DAMION K. WELCOME and ) | Attempt |
| EUGENE M. JOHNSON ) | |
| ) | 18 U.S.C. § 924(c)(1) |
| ) | Carrying a Firearm During |
| ) | Drug Trafficking Crime |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | Aiding and Abetting |

COUNT ONE

THE GRAND JURY CHARGES THAT:

A. INTRODUCTION

Each of the following defendants,

KEITH J. COLEMAN
FREDERICK GORHAM
KEITH LONDON
DAMION K. WELCOME
and
EUGENE M. JOHNSON

at some time during the conspiracy were officers of a law enforcement agency within Chatham County, Georgia. Defendants KEITH J. COLEMAN, FREDERICK GORHAM, KEITH LONDON and EUGENE M. JOHNSON were officers with the Savannah Police Department and Defendant DAMION K. WELCOME was an officer with the Chatham County Sheriff's Department.

B. THE CONSPIRACY

Beginning on or about November 1996, and continuing thereafter until on or about March 1997, in Chatham County, in the Southern District of Georgia and elsewhere, the defendants,

KEITH J. COLEMAN
FREDERICK GORHAM
KEITH LONDON
DAMION K. WELCOME
and
EUGENE M. JOHNSON

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with others, both known and unknown to the grand jury, to commit offenses against the United States, that is: to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2;

C. WAYS, MANNER AND MEANS

Among the ways, manner, and means agreed by the conspirators to achieve their unlawful aims were:

1. that the defendants, KEITH J. COLEMAN, FREDERICK GORHAM, KEITH LONDON, EUGENE M. JOHNSON and DAMION K. WELCOME would, in exchange for payments of money, use their official positions as police officers of the Savannah Police Department and Chatham County Sheriff's Department, to protect cocaine trafficking; and

2. that the defendants, KEITH J. COLEMAN, FREDERICK GORHAM, KEITH LONDON, DAMION K. WELCOME and EUGENE M. JOHNSON,

2

would, in exchange for payments of money, escort and provide security and protection for shipments of cocaine into and out of the Savannah area;

All done in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 1, 1996 in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

KEITH J. COLEMAN

along with another person known to the grand jury, did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, by escorting a shipment of cocaine in and around the Savannah area and by guarding and providing security and protection for the cocaine while said cocaine was in the Savannah area, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 1, 1996, in Chatham County, within the Southern District of Georgia, the defendant,

KEITH J. COLEMAN

3

did knowingly carry a firearm, a handgun, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, that is: the attempt to aid and abet the distribution of cocaine in violation of Title 21, United States Code, Section 846, as set forth in Count Two of this Indictment;

All done in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 31, 1996 in Chatham County, within the Southern District of Georgia and elsewhere, the defendant,

### KEITH J. COLEMAN

along with another person known to the grand jury, did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, by escorting a shipment of cocaine out of Savannah and by guarding and providing security and protection for the cocaine while said cocaine was in the Savannah area, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 20, 1996 in Chatham County, within the Southern District of Georgia and elsewhere, the defendants,

KEITH J. COLEMAN
FREDERICK GORHAM
and
KEITH LONDON

did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, by escorting a shipment of cocaine in and around the Savannah area and by guarding and providing security and protection for the cocaine while said cocaine was in the Savannah area, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 10, 1996 in Chatham County, within the Southern District of Georgia and elsewhere, the defendants,

KEITH J. COLEMAN
FREDERICK GORHAM
and
KEITH LONDON

did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2, by escorting a shipment of cocaine in and around the Savannah area and by guarding and providing security and protection for the cocaine while said cocaine was in the Savannah area, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

### COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 6, 1997 in Chatham County, within the Southern District of Georgia and elsewhere, the defendants,

KEITH J. COLEMAN
and
DAMION K. WELCOME -

did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, by escorting a shipment of cocaine in and around the Savannah area and by guarding and providing security and protection for the cocaine while said cocaine was in the Savannah area, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 6, 1997, in Chatham County, within the Southern District of Georgia, the defendant,

DAMION K. WELCOME

did knowingly carry a firearm, a handgun, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, that is: the attempt to aid and abet the distribution of cocaine in violation of Title 21, United States Code, Section 846, as set forth in Count Seven of this Indictment;

All done in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 30, 1997 in Chatham County, within the Southern District of Georgia and elsewhere, the defendants,

KEITH J. COLEMAN
KEITH LONDON
DAMION K. WELCOME and
EUGENE M. JOHNSON

did knowingly and intentionally attempt to aid and abet the distribution of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2, by providing security and protection for and escorting a cooperating witness and an undercover FBI agent, who were acting as drug

7

couriers, into and out of Savannah, with the intent to aid and abet the distribution of cocaine;

All done in violation of Title 21, United States Code, Section 846.

A True Bill.

_____
Foreperson

_____
HARRY D. DIXON, JR.
UNITED STATES ATTORNEY

_____
THOMAS A. WITHERS
CHIEF, CRIMINAL SECTION

_____
KATHRYN M. ALDRIDGE
ASSISTANT UNITED STATES ATTORNEY

_____
CARLTON R. BOURNE, JR.
ASSISTANT UNITED STATES ATTORNEY

8