
FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:10 am, Jul 14, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KEITH G. COLEMAN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-146 |
| | * | |
| v. | * | |
| | * | |
| C. GARRETT, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Keith Coleman ("Coleman") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation sent to Coleman at his last known address was returned to the Court as undeliverable. Dkt. Nos. 9, 12.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Coleman's 28 U.S.C. § 2241 Petition, as amended, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal, and **DENIES** Coleman *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_14\_\_\_ day of \_\_\_July_____, 2020.

```
                        HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA
```

AO 72A
(Rev. 8/82)